Case 1:26-mj-00008-ZMF    Document 1-1    File

Case: 1:26-mj-00008
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 1/20/2026
Description: COMPLAINT W/ARREST WARRANT

# STATEMENT OF FACTS

All of the following events occurred in the District of Columbia unless otherwise noted. The following statement is presented for the sole purpose of establishing probable cause and does not represent the totality of facts and circumstances known to your affiant, Special Agent Dominic Garcia. Your affiant was not on the scene of the stop, arrest or detention of the defendant. Your affiant therefore did not witness any part of this offense nor does your affiant have any first person knowledge of the circumstances leading to the stop or the stop itself. The affiant has not had the opportunity to review all reports, body-worn camera footage, or other materials that may be relevant to the events described herein. The statements contained in this complaint are therefore made in good faith and are true and correct to the best of the affiant's knowledge, information, and belief at this time, but are not intended to encompass every fact known to law enforcement regarding this investigation. The following statement is based solely on the statement and observations of MPD Officer Abanoub Rezkalla.

On January 15, 2026, at approximately 11:15 am, Metropolitan Police Department (MPD) Seventh District Officers were sent to City Mobile, located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ after officers received a call regarding a person with a firearm. When officers arrived at the location, Special Police Officer (SPO) Sgt. Green told police that he was dispatched to City Mobile because Delonte Shaun Savoy (hereinafter, "Defendant Savoy"), who was identified by his Maryland ID, refused to pay after he had his phone repaired at the store. SPO Green investigated, handcuffed and detained Defendant Savoy for Theft of Services. After SPO Green placed the Defendant in handcuffs, he conducted a safety search of the Defendant's person. During the search, SPO Green reached inside of Defendant Savoy's upper left jacket pocket and felt what he believed to be a firearm.

Officers recovered a black Stoeger STR-9, 9mm handgun (S/N T6429-19U04663), along

with a silver magazine marked "STR 9mm." The handgun was loaded with one round in the chamber and three rounds were recovered from the magazine.

A criminal history check revealed that Defendant Savoy was convicted of Carrying a Pistol without a License (CPWL) on June 16, 2008, in D.C. Superior Court case number 2007 CF2 024057. On that date, the Defendant was sentenced to 28 months' incarceration. On April 6, 2012, in the Circuit Court for Prince George's County, case number CT111279X Defendant Savoy was convicted of: (1) Possession with Intent to Distribute and sentenced to seven years, with two years suspended; and (2) Possession of a Regulated Firearm by a Prohibited Person Who has been Convicted of a Disqualifying Crime and sentenced to five years. As such, on the date of his arrest in the instant case, Defendant Savoy was aware that he had been previously convicted of a crime that was punishable by more than a year. This conviction also made Defendant Savoy ineligible to have a concealed pistol carry permit in the District of Columbia. A check of police records revealed the defendant was not licensed to possess a firearm in the District of Columbia, nor was the firearm registered in the District of Columbia.

There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Defendant Savoy was subsequently charged with CPWL and Theft of Services.

_____
Dominic Garcia
Special Agent
Bureau of Alcohol, Tobacco, Firearms (ATF) and Explosives

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 20th day of January 2026.*

_____
THE HONORABLE ZIA FARUQUI
U.S. MAGISTRATE JUDGE